**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 24-1049

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 09957611 (Class A)** |
| **v.** | ] | |
| **ALEXANDER C. SMITH** | ] | **C O M P L A I N T**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **18th day of February 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ALEXANDER C. SMITH** did commit:

Possession of a Firearm and Dangerous Weapons on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 16TH DAY OF MAY 2024.**

**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

5/16/24 NK 7/18/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 18 Feb, 2024 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

Subject Knowingly possessed or Caused to be present a firearm on a federal facility, specifically by attempting to gain entry onto JBMDL through the Fort Dix Commercial Gate. Subject was in possession of a .45 caliber Smith and Wesson firearm with a serial number of HFC9302 and a .45 caliber Smith and Wesson with a serial number of HFU8876.

CVB SCAN 03/11/2024 14:8

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [x] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/18/2024 P/O W. Carmody [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident